UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN PENDLETON, *for himself
and all others similarly situated*,

    Plaintiff,

vs.

FIRST TRANSIT, INC.,

    Defendant.

Case No. 3:23-cv-89

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DENYING THE PARTIES' JOINT MOTION FOR APPROVAL OF THE FLSA SETTLEMENT (Doc. No. 158); AND (2) INSTRUCTING THE PARTIES TO ADMINISTER THE FLSA SETTLEMENT WITHOUT COURT APPROVAL**

---

This civil case is before the Court upon the parties' joint motion for approval of their FLSA settlement (Doc. No. 158). Recently, Judge Cole—also in the Southern District of Ohio—issued an Opinion and Order denying a motion for settlement approval under the FLSA. *See Gilstrap v. Sushinati LLC*, No. 1:22-cv-434, 2024 WL 2197824, at *1 (S.D. Ohio May 15, 2024). Judge Cole explained that the Court "[l]acks authority to pass on the fairness or propriety of a proposed private settlement agreement among the parties." *Id.* Judge Cole determined that district courts do not have authority to reject or approve FLSA settlements, based on the text of the statute itself and precedent established in the Supreme Court and the Sixth Circuit. *Id.* at *2-12. This Court agrees with Judge Cole's well-reasoned opinion in *Gilstrap* and instructs the parties to administer the FLSA settlement under Fed. R. Civ. P. 41(a) and as agreed-upon in the terms of their private settlement.

Accordingly, the Court hereby **DENIES** the parties' joint motion for approval of the parties' FLSA settlement (Doc. No. 158) on the ground that it lacks authority to grant it. To

terminate this case, the parties may file a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court **INSTRUCTS** the parties to administer the FLSA settlement without Court approval.  With respect to the settlement itself, the Court observes that the parties may enter into any contract they wish—this Court currently expresses no opinion on such a contract's enforceability or fairness.  *See Gilstrap*, 2024 WL 2197824, at *13.

**IT IS SO ORDERED**.

  September 23, 2024                                                    s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge